UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
**Temeka Nicole Johnson**
2838 Ridgeview Trail
Jonesboro, GA 30238

Case No.: **15−71582−crm**
Chapter:  **7**

**xxx−xx−8704**

## ORDER CLOSING CASE WITHOUT DISCHARGE

  It appears Debtor has not completed the instructional course concerning personal financial management required for discharge pursuant to 11 U.S.C. § 727(a)(11), as the Certification About a Financial Management Course has not been filed. Accordingly, it is

  **ORDERED** that the above−captioned case is closed without entry of discharge.

  **IT IS FURTHER ORDERED** that the estate is closed, and Trustee is discharged from and relieved of said trust.

  DATED:  September 30, 2016

*C. Ray Mullins*

C. Ray Mullins
United States Bankruptcy Judge

Form 419

```
                              United States Bankruptcy Court
                               Northern District of Georgia

In re:                                                                 Case No. 15-71582-crm
Temeka Nicole Johnson                                                  Chapter 7
        Debtor
                                   CERTIFICATE OF NOTICE
District/off: 113E-9          User: goryy                  Page 1 of 2                  Date Rcvd: Sep 30, 2016
                              Form ID: 419                 Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
db           +Temeka Nicole Johnson,    2838 Ridgeview Trail,   Jonesboro, GA 30238-7911
aty          +Craig Z. Black,   The Semrad Law Firm, LLC,   Sterling Point II,   303 Perimeter Center North,
               Suite 201,   Atlanta, GA 30346-3425
aty          +Craig Z. Black,   The Semrad Law Firm, LLC,   Sterling Point II,   Suite 201,
               303 Perimeter Center North,   Atlanta, GA 30346-3425
aty          +Ronald A. Levine,   Barrett Daffin Frappier Levine & Block,    Suite 240 - Centrum at Glenridge,
               780 Johnson Ferry Road,    Atlanta, GA 30342-1434
tr           +Tamara Miles Ogier,    Ogier, Rothschild & Rosenfeld PC,   170 Mitchell St. S.W.,
               Atlanta, GA 30303-3441
19470652     +Cap One Na,   Po Box 26625,   Richmond, VA 23261-6625
19470653     +Capital One,   Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
19470654     +Castle Pay Day,   PO BOX 704,   Watersmeet, MI 49969-0704
19470655     +Citibank / Sears,   Citicorp Credit Srvs/Centralized Bankrup,   Po Box 790040,
               Saint Louis, MO 63179-0040
19470656     +Comenity Bank/dots,   Po Box 182125,   Columbus, OH 43218-2125
19470657     +Credit Acceptance,    Attn: Bankruptcy Dept,   25505 West 12 Mile Rd Ste 3000,
               Southfield, MI 48034-8331
19470658     +Credit Acceptance Corporation,    RA, Corporation Service Co.,   40 Technology Pkwy South #300,
               Norcross, GA 30092-2924
19470660     +Department of Justice, Tax Div,    Civil Trial Section, Southern,
               PO Box 14198; Ben Franklin Sta,    Washington, DC 20044-4198
19483955     +Hunter Ridge Apartment Homes,   696 Tara Road,   Jonesboro, GA 30238-8613
19470668     +Mohela/dept Of Ed,   633 Spirit Dr,   Chesterfield, MO 63005-1243
19470669     +New Century Mortgage C,   18400 Von Karman Ave Ste,   Irvine, CA 92612-0516
19470670     +Peak 5,   6782 S Potomac St,   Englewood, CO 80112-3915
19470674      Special Assistant U.S. Attorne,   401 W. Peachtree Street, NW,   STOP 1000-D, Suite 600,
               Atlanta, GA 30308
19470679     +US Dept of Education,    Attn: Bankruptcy,   Po Box 16448,   Saint Paul, MN 55116-0448

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust          +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Sep 30 2016 20:41:35
               Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
19470651     +E-mail/Text: ascb@comcast.net Sep 30 2016 20:41:19     Allstate Credit Bureau,
               Attn: Bankruptcy,   19315 West 10 Mile Road,   Southfield, MI 48075-2452
19470659     +E-mail/Text: creditonebknotifications@resurgent.com Sep 30 2016 20:41:18     Credit One Bank Na,
               Po Box 98873,   Las Vegas, NV 89193-8873
19470661     +E-mail/Text: brupt1@dteenergy.com Sep 30 2016 20:41:42     Dte Energy,
               Attention: Bankruptcy Department,   Po Box 740786,   Cincinnati, OH 45274-0786
19470662     +E-mail/Text: bnc-bluestem@quantum3group.com Sep 30 2016 20:42:03     Fingerhut,
               6250 Ridgewood Rd,   St Cloud, MN 56303-0820
19470663      E-mail/Text: brnotices@dor.ga.gov Sep 30 2016 20:41:32     Georgia Department of Revenue,
               Bankruptcy Unit,   1800 Century Blvd. Suite 17200,   Atlanta, GA 30345-3205
19470664     +E-mail/Text: bankruptcy@icsystem.com Sep 30 2016 20:41:59     IC Systems, Inc,
               444 Highway 96 East,   Po Box 64378,   St Paul, MN 55164-0378
19470666      E-mail/Text: cio.bncmail@irs.gov Sep 30 2016 20:41:25     Internal Revenue Service,
               401 W Peachtree St. NW,   Stop 334-D,   Atlanta, GA 30308
19585533      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 30 2016 20:38:10
               LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
               Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
19609706     +E-mail/Text: PaymentSolutions@michiganfirst.com Sep 30 2016 20:41:36
               MICHIGAN FIRST CREDIT UNION,   27000 EVERGREEN ROAD,   LATHRUP VILLAGE, MI 48076-3231
19470667     +E-mail/Text: PaymentSolutions@michiganfirst.com Sep 30 2016 20:41:36     Mich 1st Cu,
               27000 Evergreen Rd,   Lathrup Village, MI 48076-3231
19470671     +E-mail/PDF: resurgentbknotifications@resurgent.com Sep 30 2016 20:38:22
               Pinnacle Credit Service,   Attn: Bankruptcy,   Po Box 640,   Hopkins, MN 55343-0640
19470672     +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 30 2016 20:38:36     Regional Acc,
               1424 E Firetower Rd.,   Greenville, NC 27858-4105
19470673     +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Sep 30 2016 20:38:36     Regional Acceptance Co,
               110 W Randill Mill Rd #100,   Arlington, TX 76011-4611
19470675     +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2016 20:38:03     Synchrony Bank/ Old Navy,
               Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19470676     +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2016 20:38:31     Synchrony Bank/Sams,
               Attn: Bankruptcy,   Po Box 103104,   Roswell, GA 30076-9104
19473742     +E-mail/Text: usagan.bk@usdoj.gov Sep 30 2016 20:41:36     U. S. Attorney,
               600 Richard B. Russell Bldg.,   75 Spring Street, SW,   Atlanta, GA 30303-3315
19470677     +E-mail/Text: usagan.bk@usdoj.gov Sep 30 2016 20:41:36     United States Attorney's Offic,
               75 Spring Street, S.W.,   Suite 600 U.S. Courthouse,   Atlanta, GA 30303-3315
19470678     +E-mail/Text: External.Collections@phoenix.edu Sep 30 2016 20:42:05     University Of Phoenix,
               4615 E Elwood St Fl 3,   Phoenix, AZ 85040-1908
                                                                                              TOTAL: 19
```

```
District/off: 113E-9          User: goryy              Page 2 of 2                  Date Rcvd: Sep 30, 2016
                              Form ID: 419             Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Craig Z. Black,   The Semrad Law Firm, LLC,   Sterling Point II,   Suite 201,
                303 Perimeter Center North,    Atlanta, GA 30346-3425
aty*           +Craig Z. Black,   The Semrad Law Firm, LLC,   Sterling Point II,   Suite 201,
                303 Perimeter Center North,    Atlanta, GA 30346-3425
aty*           +Craig Z. Black,   The Semrad Law Firm, LLC,   Sterling Point II,   Suite 201,
                303 Perimeter Center North,    Atlanta, GA 30346-3425
19470665*      +Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
                                                                                TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
              Craig Z. Black    on behalf of Debtor Temeka Nicole Johnson ganb.courtview@SLFCourtview.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              Ronald A. Levine    on behalf of Creditor   Michigan First Credit Union ga.nd.ecf@bdfgroup.com,
               rlevine@bdfgroup.com
              Tamara Miles Ogier    tmo@orratl.com,   jc@orratl.com;tmo@trustesolutions.net
                                                                                             TOTAL: 4
```