# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| TEMEKA NICOLE JOHNSON, | ) | CASE NO. 15-71582-crm |
| | ) | |
| Debtor. | ) | |

## MOTION TO REOPEN CHAPTER 7 CASE FOR THE LIMITED PURPOSE OF FILING CERTIFICATE OF FINANCIAL MANAGEMENT

COMES NOW Debtor, Temeka Nicole Johnson, to move this Honorable Court to reopen the Chapter 7 bankruptcy case, and in support thereof state as follows:

1.

Debtor filed a Chapter 13 bankruptcy case in the Northern District of Georgia on November 6, 2015 and converted her case to a Chapter 7 on April 20, 2016.

2.

A meeting of creditors pursuant to Section 341 was held on May 24, 2016.

3.

Debtor completed required certificate of financial management course on October 26, 2016.

4.

The case was closed without discharge on September 30, 2016.

5.

Debtor is prepared to file the proper certificate; however, the case must be reopened to allow her to do so.

WHEREFORE Debtor, prays to this Honorable Court for the following relief:

A. An order reopening this case;

B. Such other and further relief this court deems just and proper.

Dated: October 28, 2016

                                           /s/
Lauren A. Drayton
Georgia Bar No.: 876061
The Semrad Law Firm, LLC
Sterling Point II
303 Perimeter Center North, Ste. 201
Atlanta, GA 30346
(678) 668-7170
ganb.courtview@SLFCourtview.com
**Attorney for the Debtor**

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7** |
| | ) | |
| **TEMEKA NICOLE JOHNSON,** | ) | **CASE NO. 15-71582-crm** |
| | ) | |
| **Debtor** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I am more than 18 years of age and that I have this day served a copy of the within Motion to Reopen upon the following by depositing a copy of the same in U.S. Mail with sufficient postage affixed thereon to ensure delivery:

Temeka Nicole Johnson
2838 Ridgeview Trail
Jonesboro, GA 30238

Tamara Miles Ogier
Ogier, Rothschild & Rosenfield PC
170 Mithchell Street SW
Atlanta, GA 30303

(See attached Matrix for additional list of creditors served)

Dated: October 28, 2016

                                                  /s/
                                      Lauren A. Drayton
                                      Georgia Bar No.: 876061
                                      The Semrad Law Firm, LLC
                                      Sterling Point II
                                      303 Perimeter Center North, Ste. 201
                                      Atlanta, GA 30346
                                      (678) 668-7170
                                      ganb.courtview@SLFCourtview.com
                                      **Attorney for the Debtor**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113E-1<br>Case 15-71582-crm<br>Northern District of Georgia<br>Atlanta<br>Fri Oct 28 16:54:03 EDT 2016 | Office of the United States Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Allstate Credit Bureau<br>Attn: Bankruptcy<br>19315 West 10 Mile Road<br>Southfield, MI 48075-2452 |
| Cap One Na<br>Po Box 26625<br>Richmond, VA 23261-6625 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Castle Pay Day<br>PO BOX 704<br>Watersmeet, MI 49969-0704 |
| Citibank / Sears<br>Citicorp Credit Srvs/Centralized Bankrup<br>Po Box 790040<br>Saint Louis, MO 63179-0040 | Comenity Bank/dots<br>Po Box 182125<br>Columbus, OH 43218-2125 | Credit Acceptance<br>Attn: Bankruptcy Dept<br>25505 West 12 Mile Rd Ste 3000<br>Southfield, MI 48034-8331 |
| Credit Acceptance Corporation<br>RA, Corporation Service Co.<br>40 Technology Pkwy South #300<br>Norcross, GA 30092-2924 | Credit One Bank Na<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Department of Justice, Tax Div<br>Civil Trial Section, Southern<br>PO Box 14198; Ben Franklin Sta<br>Washington, DC 20044-4198 |
| Dte Energy<br>Attention: Bankruptcy Department<br>Po Box 740786<br>Cincinnati, OH 45274-0786 | Fingerhut<br>6250 Ridgewood Rd<br>St Cloud, MN 56303-0820 | (p)GEORGIA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION<br>ARCS BANKRUPTCY<br>1800 CENTURY BLVD NE SUITE 9100<br>ATLANTA GA 30345-3202 |
| Hunter Ridge Apartment Homes<br>696 Tara Road<br>Jonesboro, GA 30238-8613 | IC Systems, Inc<br>444 Highway 96 East<br>Po Box 64378<br>St Paul, MN 55164-0378 | Internal Revenue Service<br>401 W Peachtree St. NW<br>Stop 334-D<br>Atlanta, GA 30308 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC its successors and assigns<br>assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MICHIGAN FIRST CREDIT UNION<br>27000 EVERGREEN ROAD<br>LATHRUP VILLAGE, MI 48076-3231 |
| Mich 1st Cu<br>27000 Evergreen Rd<br>Lathrup Village, MI 48076-3231 | Mohela/dept Of Ed<br>633 Spirit Dr<br>Chesterfield, MO 63005-1243 | New Century Mortgage C<br>18400 Von Karman Ave Ste<br>Irvine, CA 92612-0516 |
| Peak 5<br>6782 S Potomac St<br>Englewood, CO 80112-3915 | Pinnacle Credit Service<br>Attn: Bankruptcy<br>Po Box 640<br>Hopkins, MN 55343-0640 | Regional Acc<br>1424 E Firetower Rd.<br>Greenville, NC 27858-4105 |
| Regional Acceptance Co<br>110 W Randill Mill Rd #100<br>Arlington, TX 76011-4611 | Special Assistant U.S. Attorne<br>401 W. Peachtree Street, NW<br>STOP 1000-D, Suite 600<br>Atlanta, GA 30308 | Synchrony Bank/ Old Navy<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 |

| | | |
|---|---|---|
| Synchrony Bank/Sams<br>Attn: Bankruptcy<br>Po Box 103104<br>Roswell, GA 30076-9104 | U. S. Attorney<br>600 Richard B. Russell Bldg.<br>75 Spring Street, SW<br>Atlanta, GA 30303-3315 | US Dept of Education<br>Attn: Bankruptcy<br>Po Box 16448<br>Saint Paul, MN 55116-0448 |
| United States Attorney's Offic<br>75 Spring Street, S.W.<br>Suite 600 U.S. Courthouse<br>Atlanta, GA 30303-3315 | University Of Phoenix<br>4615 E Elwood St Fl 3<br>Phoenix, AZ 85040-1908 | Craig Z. Black<br>The Semrad Law Firm, LLC<br>Sterling Point II<br>303 Perimeter Center North<br>Suite 201<br>Atlanta, GA 30346-3425 |
| Craig Z. Black<br>The Semrad Law Firm, LLC<br>Sterling Point II<br>Suite 201<br>303 Perimeter Center North<br>Atlanta, GA 30346-3425 | Tamara Miles Ogier<br>Ogier, Rothschild & Rosenfeld PC<br>170 Mitchell St. S.W.<br>Atlanta, GA 30303-3441 | Temeka Nicole Johnson<br>2838 Ridgeview Trail<br>Jonesboro, GA 30238-7911 |

        The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
        by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia Department of Revenue
Bankruptcy Unit
1800 Century Blvd. Suite 17200
Atlanta, GA 30345-3205


        The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Michigan First Credit Union          End of Label Matrix
                                        Mailable recipients    38
                                        Bypassed recipients     1
                                        Total                  39