Document      Page 1 of 5



**IT IS ORDERED as set forth below:**

**Date: November 4, 2016**

_____

C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| **IN RE:** | ) | **CHAPTER 7** |
| | ) | |
| **TEMEKA NICOLE JOHNSON,** | ) | **CASE NO. 15-71582-crm** |
| | ) | |
| **Debtor.** | ) | |

## ORDER GRANTING DEBTOR'S MOTION TO RE-OPEN CHAPTER 7 CASE FOR THE LIMITED PURPOSE OF FILING THE FINANCIAL MANAGEMENT CERTIFICATE

On October 28, 2016, Debtor filed a Motion to Re-Open Chapter 7 case for the Limited Purpose of Filing the Financial Management Certificate (Doc. No. 58). After review of the records in this case and for good cause shown, it is hereby

**ORDERED** that Debtor's Motion to Re-Open Chapter 7 for the Limited Purpose of Filing the Financial Management Certificate (Doc. No.58) is **GRANTED:**

**[END OF DOCUMENT]**

PRESENTED BY:

_____/s/_____
Lauren A. Drayton
Georgia Bar No. 876061
The Semrad Law Firm LLC
Sterling Point II
303 Perimeter Center North, Ste 201
Atlanta, GA 30346
(678) 668-7170
ganb.courtview@SLFCourtview.com
Attorney for Debtor

**Distribution List**

Temeka Nicole Johnson
2838 Ridgeview Trail
Jonesboro, GA 30328

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Tamara Miles Ogier
Ogier, Rothschild & Rosenfeld, PC
170 Mitchell St SW
Atlanta, GA 30303

Craig Z. Black
The Semrad Law Firm, LLC
Sterling Point II Suite 201
303 Perimeter Center North
Atlanta, GA 30346-3425

Allstate Credit Bureau
Attn: Bankruptcy
19315 West 10 Mile Road
Southfield, MI 48075-2452

Cap One Na
Po Box 26625
Richmond, VA 23261-6625

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Castle Pay Day
PO BOX 704
Watersmeet, MI 49969-0704

Citibank / Sears Citicorp Credit Services
Centralized Bankruptcy
Po Box 790040
Saint Louis, MO 63179-0040

Comenity Bank/dots
Po Box 182125
Columbus, OH 43218-2125

Credit Acceptance
Attn: Bankruptcy Dept
25505 West 12 Mile Rd Ste 3000
Southfield, MI 48034-8331

Credit Acceptance Corporation RA,
Corporation Service Co.
Technology Pkwy South #30
Norcross, GA 30092-2924

Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193-8873

Department of Justice, Tax Div Civil Trial Section, Southern
PO Box 14198; Ben Franklin Sta
Washington, DC 20044-4198

Dte Energy
Attention: Bankruptcy Department
Po Box 740786Cincinnati, OH 45274-0786

Fingerhut
6250 Ridgewood Rd
St Cloud, MN 56303-0820

Georgia Department of Revenue Compliance Division
Arcs Bankruptcy
1800 Century Blvd Ne Suite 9100
Atlanta Ga 30345-3202

Hunter Ridge Apartment Homes
696 Tara Road
Jonesboro, GA 30238-8613

IC Systems, Inc
444 Highway 96 East
PO Box 64378St Paul, MN 55164-0378

Internal Revenue Service
401 W Peachtree St. NW
Stop 334-DAtlanta, GA 30308

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

LVNV Funding, LLC its successors and assignee of FNBM, LLC
Resurgent Capital Services
PO Box 10587Greenville, SC 29603-0587

MICHIGAN FIRST CREDIT UNION
27000 EVERGREEN ROAD
LATHRUP VILLAGE, MI 48076-3231

Mich 1st Cu
27000 Evergreen Rd
Lathrup Village, MI 48076-3231

Mohela/dept Of Ed
633 Spirit Dr
Chesterfield, MO 63005-1243

New Century Mortgage C
18400 Von Karman Ave Ste
Irvine, CA 92612-0516

Peak 5 6782 S Potomac St
Englewood, CO 80112-3915

Pinnacle Credit Service
Attn: Bankruptcy
Po Box 640
Hopkins, MN 55343-0640

Regional Acc
1424 E Firetower Rd.
Greenville, NC 27858-4105

Regional Acceptance Co
110 W Randill Mill Rd #100
Arlington, TX 76011-4611

Special Assistant U.S. Attorney
401 W. Peachtree Street, NW STOP 1000-D, Suite 600
Atlanta, GA 30308

Synchrony Bank/ Old Navy
Attn: Bankruptcy
Po Box 103104Roswell, GA 30076-9104

Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

U. S. Attorney
600 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303-3315

US Dept of Education
Attn: Bankruptcy
Po Box 16448
Saint Paul, MN 55116-0448

University Of Phoenix
4615 E Elwood St Fl 3
Phoenix, AZ 85040-1908